Cassie Schlenvogt
6757 Harrington Avenue
Arbuckle, California  95912
(530) 510-0446
And
Spencer (W.)  Schlenvogt
6759 Harrington Avenue
Arbuckle, California 95912
(530) 681-0831
Defendants,

Appearing *In Propria Persona*

## UNITED STATES DISTRICT COURT IN AND FOR THE

## WESTERN DIVISION OF NORTH DAKOTA

### BISMARCK

| | |
|---|---|
| GAIL SCHMIDT, Trustee of the AUGUST SCHAAF REVOCABLE TRUST, | Fed. Dist. Court Case No.: |
| Plaintiff, | |
| vs. | State Case No. 30-2025-CV-00943 (N.D.) |
| PAUL SCHLENVOGT, CASSIE SCHLENVOGT, AND SPENCER SCHLENVOGT | NOTICE OF FEDERAL REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE |
| Defendants. | |

Comes now the defendant, Cassie Schlenvogt and Spencer Schlenvogt (Defendants," collectively), and give Notice that they as Defendants in the District of Court of the South Central Judicial District that includes the County of Morton  ("State Court'), Case No. 30-2025-CV-00943, seek Federal Removal of the state action pursuant to Fed. C. Civ Proc, Sec. 1442 on the grounds of diversity of citizenship– defendants are California residents – and Federal Issues arising from the summons and complaint filed herein.  The Federal Removal shall be based on

NOTICE OF FEDERAL REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 1

the moving papers herein, and such other documentary oral evidence that may be presented at trial or other ancillary hearing.

### A. ALL SERVED DEFENDANTS TO APPEAR AT ELECRTRONIC HEARING ARE CALIFORNIA CITIZENS AND RESIDENTS.

Defendants herein are the only defendants served to appear at the October 2, 2025 electronic hearing. All severed defendants to appear at the October 2, 2025 hearing are citizens and residents of the State of California. SEE affidavits attached hereto. Paul Schlenvogt at the time of the sending this Notice to the Federal Court and Notice to the State Court has not been served with the summons and complaint herein. SEE Affidavit in Support of Federal Removal. Plaintiff's attorney of record admits that all defendants reside in the State of California. Defendants attach and incorporate by reference hereto a true and correct copy of Plaintiff's Request to Reset Hearing as Defendants' Exhibit 1. ("Due to Defendants residing in California we ask that the hearing be set no sooner than September 22, 2025." Last paragraph.)

### B. THE VALUE OF THE PROPERTY AT ISSUE EXCEEDS $75,000.00.

The value of the property at issue far exceeds $75.000.00. Defendants will have to do an inventory of the equipment remaining on the property.

Defendants have been denied access to their personal property for over a year and do not know if any property has been stolen, or damaged by improper storage.

### C. DEFECTS IN THE SUMMONS; VIOLATION OF THE FOURTEENTH AMENDMENT [FEDERAL ISSUE].

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 2

1. <u>WHERE DO THE DEFENDANTS PERSONALLY DELIVER OR MAIL DEFENSE DOCUMENTS FOR FILING?</u>

Defendants attach and incorporate by reference hereto a true and correct copy of all documents served on Defendants in the State Court herein as Defendants' Exhibit 2. These are the only documents served on Defendants as of the preparation of this Notice. SEE Declarations below. The purpose of a summons and complaint is to provide the means for a defendant to defend against the complaint. Nowhere in Defendants' Exhibit 2 is the location of the Court wherein papers are to be filed nor is there any reference where papers in defense of the complaint are to be filed. The name or title of the State Court appears on page 1 of said document but the place where to personally file or file by mailing is to be done is absent.

To further complicate this matter, the action, according to the captions on summons and complaint claims that the above-entitled action is pending in County of Morton which address is 210 2nd Ave. NW, Mandan (County of Morton) North Dakota. The hearings in the above-entitled action are being heard at 514 E. Thayer Avenue, Bismarck (County of Burleigh) North Dakota. Do the Defendants file defense papers in Mandan or Bismarck?[1]

2. <u>THIS STATE ACTION IS INTENDED TO CONCEAL A THEFT IN INTERSTATE COMMERCE?</u>

Defendants operate, manage and maintain an apian (bee) business that has two equipment

---

[1] Defendants intend to file for summary judgment as soon as appropriate.

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 3

yards. One in California and another at 4450 County Road 88, Glen Ullin, North Dakota. The product of said business, honey, is produced in the States of California and North Dakota for the purpose of sale in various states including California, Wisconsin, Ohio, Pennsylvania, Kansas, Illinois, Colorado and Oregon. Defendants' business uses the channel and instrumentalities of interstate commerce to conduct their business as protected by Article I, § 8 of the United States Constitution. This falls within Federal jurisdiction as Congress has expressed its intent that theft of equipment engaged in interstate commerce is a Federal issue in 18 USC § 1659, Federal domain.[2]

Defendant Spencer Schlenvogt managed and operated the North Dakota portion of the business. On or before April 12, 2025, Plaintiff erected barriers on the access road to Defendant's equipment. On or about May 23, 2024, Defendant Cassie Schlenvogt is first given notice that the equipment at issue to be moved off the real property at issue. The locks to the doors were changed during the afternoon of May 23, 2025. Defendants attaches and incorporate by reference hereto a true and correct copy of the notice to remove Paul Schlenvogt and Defendant Cassie Schlenvogt as Defendants' Exhibit 3. Defendant Spencer Shlenvogt was not included in the notice to vacate the residence[3] or land and remove the personal property (equipment).

---

[2] Defendants do not contend that 18 USC § 1659 creates the authority to file a civil action, only that 18 USC § 1659 provides an intent to exert Federal control over thefts in interstate commerce. Defendants would recover the damages incurred legally and proximately by the thefts under the laws of conversion.

[3] Defendant Spencer Schlenvogt had a residence 4450 County Road 88, Glen Ullin, North Dakota where he received mail, paid for utilities, and maintained his personal property in his own assigned bedroom from about early June to late December or early January of each year at

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 4

Defendant Spencer Schlenvogt telephoned Gail Scmidt regarding this ridiculous family squabble and, in particular, about removing the barriers from the access driveway. Plaintiff refused to respond to any of said telephone calls or calls made to Defendant Spencer Schlenvogt's uncle and Gail Schmidt's brother, Lowell Schaaf. Plaintiff denied Defendant Spencer Schlenvogt possession, control, use and access to his personal property and equipment placed into his care to do occupation in the State of North Dakota when the fence was erected across the access road on or before April 12, 2024, but the eviction proceeding against Defendant Spencer Schlenvogt did not start until June 6, 2025. Defendants contend that the eviction proceeding in State Court is a sham intended to conceal the theft of Defendants' equipment from Defendants' business engaged in interstate commerce.

## CONCLUSION.

As the Defendants have set sufficient grounds pursuant to Fed. C. Civ Proc, Sec. 1442 to warrant Federal Removal, this matter should be assigned to the United Sates District Court for the Western Division of North Dakota.

DATED THIS ..24.. DAY OF SEPTEMBER 2025.

FOR DEFENDANTS:

*/s/ Cassie Schlenvogt*
...................................................................
CASSIE SCHLENVOGT, Appearing *In Propria Persona.*

*/s/ Spencer W. Schlenvogt*
...................................................................
SPENCER SCHLENVOGT, Appearing *In Propria Persona.*

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 5

## DECLARATIONS IN SUPPORT OF FEDERAL REMOVAL

I, Cassie Schlenvogt, declare:

1. I am a defendant in the above-entitled action and appearing *in propria persona*.

2. I am the part owner of the bee equipment and other personal property on the real property described above.

3. I have no evidence and none has been offered to support that the alleged plaintiff exists.

4. I was served with the Notice of Termination of Tenancy and Intention to Evict (Evict") on April 24, 2025.

5. For about a year before the service of the Evict, I had attempted to telephone my sister, Gail Schmidt, in an attempt to work out a solution to this dispute but she has refused to answer her phone or return my calls.

6. I was served with the Summons, Complaint, Three Exhibits attached to the Complaint and an Order to Reschedule Hearing ("Reschedule") on or about September 28, 2025.

7. I am slightly confused as to what hearing was being rescheduled as the Reschedule" fails to state what hearing is being rescheduled. Going over the State Court's records, there are a number of documents filed with and by the State Court that I have not previously been served.

8. I am over the age of 18 years and am competent to testify on these matters if called upon

//
//
//
//

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 6

to do so.

I declare under the penalty of perjury under the laws of the States of California and North Dakota that the foregoing is true and correct.

EXECUTED ON THIS 24. Day of September 2025.

/s/ Cassy Schlapkohl

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 7

I, Spencer Schlenvogt, declare:

1. I am a defendant in the above-entitled action and appearing *in propria persona*.

2. I am the part owner of the bee equipment and other personal property on the real property described above.

3. I have no evidence and none has been offered to support that the alleged plaintiff exists.

4. I was served with the Notice of Termination of Tenancy and Intention to Evict (Evict") on June 6, 2025.

5. For about a year before the service of the Evict, I had attempted to telephone my aunt, Gail Schmidt in an attempt to work out a solution to this dispute but she has refused to answer her phone or return my calls.

6. I was served with the Summons, Complaint, Three Exhibits attached to the Complaint and an Order to Reschedule Hearing ("Reschedule") on or about September 29, 2025.

7. I am slightly confused as to what hearing was being rescheduled as the Reschedule" fails to state what hearing is being rescheduled. Going over the State Court's records there are a number of documents filed with and by the State Court that I have not previously been served.

8. I am over the age of 18 years and am competent to testify on these matters if called upon to do so.

I declare under the penalty of perjury under the laws of the States of California and North Dakota that the foregoing is true and correct.

EXECUTED ON THIS 24 Day of September 2025.

*/s/ Spencer W. Schlenvogt*

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 8

## PROOF OF SERVICE

I, Darrel L. Espinosa, certifies:

I am over the age of 18 years and am not a party to the above-entitled action. I am a resident of the State of California with a mailing address of 6759 Harrington Avenue, Arbuckle, California 95912.

On September 24, 2025, I caused to be served a true and correct copy of Defendant's Notice of Federal Removal on the DISTRICT COURT FOR THE SOUTH CENTRAL JUDICIAL DISTRICT FOR THE COUNTY OF MORTON, STATE OF NORTH DAKOTA by placing same in a sealed envelope and deposited Federal Express, _____

_____ first overnight, delivery addressed to:

> Distrct Court for the South Central Judicial District
> For the County of Morton, State of North Dakota
> 210 2nd Avenue,
> Mandan, ND  58554

I also caused to be served on the same day plaintiff GAIL SCHMIDT, Trustee of the August Schaaf Revocable Trust, by placing same in the United States Postal Service, Arbuckle, California, in a sealed envelope postage prepaid, first class postage, addressed to:

> Scott T. Solem
> P.O. Box 249
> Beulah, ND  58523

I certify under the penalty of perjury under the laws of the States of California and North Dakota that the foregoing is true and correct.

EXECUTED on this 25th day of September 2025.

*/s/ Darrel Espinosa*

NOTICE OF STATE REMOVAL WITH AFFIDAVITS IN SUPPORT OF NOTICE - 9